[No. 14671-1-II.   Division Two.   June 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM D. MCCLAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 90-1-00302-1, Daniel J. Berschauer, J., entered February 6, 1991. *Affirmed* by unpublished opinion

per Alexander, C.J., concurred in by Morgan and Seinfeld, JJ.